## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

RODNEY L. POOLE, SR.                                                                      PETITIONER

v.                         NO. 5:15CV00259 JLH/BD

WILLIAM STRAUGHN, Warden,
Arkansas Department of Correction
Maximum Security Unit, et al.                                                  RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Rodney L. Poole, Sr.'s 28 U.S.C. § 2254 petition for writ of habeas corpus is DENIED and DISMISSED, with prejudice.

IT IS SO ORDERED this 8th day of December, 2015.

                                                                                       _____
                                                                                    UNITED STATES DISTRICT JUDGE